CYNTHIA A. BELL, Appellant, v 24-26 EAST 82ND STREET CORPORATION et al., Respondents.

Submitted April 30, 2012; decided June 7, 2012

Motion for reargument denied [*see* 18 NY3d 917 (2012)].

---

MAYRA BONILLA et al., Appellants, v MOHAMMED ABDULLAH et al., Respondents.

Submitted April 23, 2012; decided June 7, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

DONALD FELIX, Respondent, v LAW OFFICE OF THOMAS F. LIOTTI, Appellant.

Submitted May 14, 2012; decided June 7, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 974 (2012)]. Motion for a stay dismissed as academic.